IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



JAN 1 6 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND  DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No. CBD 20-mj-00192 |
| **BRIAN MARK LEMLEY, JR.** | * | |

******

### ORDER OF TEMPORARY DETENTION PENDING HEARING
### PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __JANUARY 22, 2020__ *(date)* at __10:00 AM__ *(time)* before __Honorable, Timothy J. Sullivan__, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom ___TBD___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 16, 2020
Date

_____
Charles B. Day
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention