IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | TDC 20cr33 |
| BRIAN MARK LEMLEY, JR., | * | (8 U.S.C. § 1324(a)(1)(A)(ii), |
| PATRIK JORDAN MATHEWS, and | * | (a)(1)(A)(iii), (a)(1)(A)(v)(I), and |
| WILLIAM GARFIELD BILBROUGH | * | (a)(1)(A)(v)(II) (Transporting and |
| IV, | * | Harboring Certain Aliens, |
| | * | Conspiracy, and Aiding and |
| Defendants | * | Abetting); 18 U.S.C. § 922(a)(4) |
| | * | (Transporting Machine Gun in |
| | * | Interstate Commerce); 18 U.S.C. |
| | * | § 922(d)(5) (Disposing of Firearm and |
| | * | Ammunition to Illegal Alien); 18 |
| | * | U.S.C. § 922(g)(5) (Alien in Possession |
| | * | of Firearm and Ammunition); 18 |
| | * | U.S.C. § 924(b) (Transporting |
| | * | Firearm and Ammunition in |
| | * | Interstate Commerce With Intent to |
| | * | Commit Felony); 18 U.S.C. § 2 |
| | * | (Aiding and Abetting); Forfeiture, |
| | * | 8 U.S.C. § 1324(b), 18 U.S.C. |
| | * | §§ 924(d) & 982(a)(6), 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Thomas P. Windom, Assistant United States Attorney for said District, hereby moves this Honorable Court for an Order sealing the **Indictment and Motion to Seal** submitted in connection with the above-referenced individuals. Should the individuals under investigation become aware of these documents, it could jeopardize the outcome of the investigation.

WHEREFORE, the government respectfully requests that the **Indictment and Motion to Seal** along with this motion be placed under seal until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this 27 day of January, 2020.

_____
HONORABLE THOMAS M. DIGIROLAMO
UNITED STATES MAGISTRATE JUDGE