IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-20-33 |
| | * | |
| BRIAN MARK LEMLEY, JR., | * | |
| PATRIK JORDAN MATHEWS, and | * | |
| WILLIAM GARFIELD BILBROUGH IV, | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |

*******

**ORDER GRANTING GOVERNMENT'S CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO DELAY SCHEDULING ORDER**

Having considered the grounds advanced in the Government's Consent Motion to Exclude Time Under the Speedy Trial Act and to Delay Scheduling Order, and good cause having been shown in support of the relief requested by the consent motion, the Court hereby makes the following findings of fact.

1. The Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the defendants in a speedy trial, inasmuch as the parties need a longer period than is normally afforded under the federal Speedy Trial Act for review of the pertinent records, conducting discussions regarding disposition, and pre-trial preparation in the event that no agreement is reached upon a plea.

2. The Court further finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits ordinarily established by the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). This case is unusual and complex owing to the nature of the prosecution, which involves multiple types of overlapping conduct and indictments of overlapping defendants in two federal Districts.

Accordingly, it is hereby

**ORDERED** that the requested consent motion is GRANTED; and it is further

**ORDERED** that for the reasons set forth in the Government's consent motion, all time between January 27, 2020 (the date of the return of the indictment in the District of Maryland) and the initial status call in this case shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, in this case; and it is further

**ORDERED** that the initial status call in this case is scheduled for March _____, 2020, at _____ a.m./p.m.

_____
HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE