# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE:   1-888-387-3384

| | |
|---|---|
| JAMES WYDA | NED SMOCK |
| FEDERAL PUBLIC DEFENDER | ASSISTANT FEDERAL PUBLIC DEFENDER |

March 11, 2020

Honorable Timothy J. Sullivan
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

**Re:**   *United States v. Brian Mark Lemley*
          **Case No. TDC 20-CR-033**

Dear Judge Sullivan:

I represent Brian Mark Lemley in the above matter.  Mr. Lemley first appeared on January 16, 2020.  On January 21, 2020 the defense waived the right to an immediate detention hearing, reserving the right to request a hearing at a later date to set appropriate conditions of release.

The defense has a proposed release plan to present to the Court that we submit addresses any concern about risk of flight or danger to the community.  Accordingly, the defense requests that the matter be calendared before Your Honor for a detention hearing.

Thank you in advance for your attention to this matter.

Sincerely,

/s/

NED SMOCK
Assistant Federal Public Defender