IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **Criminal No. TDC-20-33** |
| **BRIAN MARK LEMLEY, JR.,** | * | |
| **PATRIK JORDAN MATHEWS, and** | * | |
| **WILLIAM GARFIELD BILBROUGH IV** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FILE EXHIBITS UNDER SEAL

Ned Smock, Assistant Federal Public Defender, counsel for defendant Brian Mark Lemley, Jr., respectfully moves for the order of this Court placing under the Court's seal Exhibits A -K to be filed by the Defendant in this case. In support of this Motion, the Defendant states as follows:

1. Today counsel is filing with the Court a Motion to Suppress Evidence Sized Pursuant to Search Warrants.

2. The exhibits consist of search warrant affidavits.

3. No reasonable alternatives to sealing the exhibits are available.

WHEREFORE, Defendant respectfully requests that Exhibits A-K be placed under the Court's seal.

Respectfully submitted,

/s/
NED SMOCK (#809226)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
(301) 344-0600
Fax: (301) 344-0019
E-mail: ned_smock@fd.org