IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   **Criminal No. TDC-20-33** |
| **BRIAN MARK LEMLEY, JR.,** | * |
| **PATRIK JORDAN MATHEWS, and** | * |
| **WILLIAM GARFIELD BILBROUGH IV** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BRIAN MARK LEMLEY'S MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Defendant Brian Mark Lemley, Jr., through undersigned counsel, hereby moves to adopt pre-trial motions filed by his co-defendants, to the extent that those motions raise issues and challenges that are relevant to Mr. Lemley and his defense.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
NED SMOCK
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
Email: ned_smock@fd.org