IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Criminal No. TDC-20-33 |
| BRIAN MARK LEMLEY, JR., | * |
| PATRIK JORDAN MATHEWS, and | * |
| WILLIAM GARFIELD BILBROUGH IV | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### BRIAN MARK LEMLEY'S MOTION FOR LEAVE TO AMEND, SUPPLEMENT, OR FILE ADDITIONAL MOTIONS

Defendant Brian Mark Lemley, Jr., through undersigned counsel, hereby moves this Honorable Court for leave to amend, supplement, or file additional motions.

Mr. Lemley is charged by indictment with transporting and harboring an alien, transporting a machine gun in interstate commerce, disposing of a firearm to an illegal alien, aiding and abetting in possession of a firearm by an alien, and transporting a firearm and ammunition in interstate commerce with the intent to commit a felony.  Dkt. No. 40.

Today Mr. Lemley filed a pre-trial motion to suppress evidence stemming from unlawful warrant searches.  Investigation of this case is ongoing, as is the receipt of discovery, which is voluminous.  Accordingly, the undersigned respectfully requests leave to file any additional motions that may prove appropriate based upon ongoing investigation and discovery disclosures, whether or not such motion is mandatory under Rule 12 of the Federal Rules of Criminal Procedure.

**WHEREFORE**, Mr. Lemley requests that this Honorable Court allow him to amend, supplement, or file additional motions as necessary.

1

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
NED SMOCK
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
Email: ned_smock@fd.org