IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. TDC-20-33 |
| | *   CRIMINAL NO. TDC-21-206 |
| | * |
| BRIAN MARK LEMLEY, JR. and | * |
| PATRIK JORDAN MATHEWS, | * |
| | * |
| Defendant | * |
| | * |

*******

## ORDER GRANTING MOTION TO CONTINUE DEADLINE

The Court is in receipt of the Government's Motion to Continue Deadline to File Sentencing Memoranda. It is **HEREBY ORDERED** that the deadline for the parties to file their opening sentencing memoranda is continued until September 30, 2021.

Hon. Theodore D. Chuang
United States District Judge