# **EXHIBIT 18**

| | |
|---|---|
| **From:** | TheBase1@protonmail.com |
| **To:** | cantgoback ▓▓▓▓ (cantgoback ▓▓▓▓ |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Roman's Recommended Reading List |
| **Attachments:** | |
| **Sent:** | 06/13/2019 09:47:57 AM -0500 (CDT) |

Roman's Recommended Reading List:

TACTICS
 —Contact by Max Velocity
 —Prepper's Home Defense by Jim Cobb
 —Wilderness Evasion by Michael Chesbro

OPSEC
 —Beating The Police Interrogation by Anonymous
 —Countering Hostile Surveillance by ACM IV Security Services
 —Spycraft Rebooted by Edward Lucas
 —The Safe House by Jefferson Mack

SELF-DEFENSE
 —Violence of Mind by Varg Freeborn

STRATEGY
 —Managing Terrorism and Insurgency by Cameron I. Crouch
 —Idaho Project by Michael Anissimov
 —Siege by James Mason
 —A Distant Thunder by H.A. Covington