=======================================================
# UNITED STATES DISTRICT COURT
------------------DISTRICT OF MARYLAND------------------

**UNITED STATES OF AMERICA**　　\*

　　v.　　　　　　　　　　　　　　\*　　　Criminal No. TDC-20-33

**BRIAN MARK LEMLEY, JR.**　　\*

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

　　Please enter my appearance as counsel in the case for Brian Mark Lemley, Jr..  I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　James Wyda
Date:  October 12, 2021　　　　　Federal Public Defender


　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　Cullen Macbeth, #810923
　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　6411 Ivy Lane, Suite 710
　　　　　　　　　　　　　　　Greenbelt, MD 20770
　　　　　　　　　　　　　　　Telephone: (301) 344-0600
　　　　　　　　　　　　　　　Fax: (301) 344-0019
　　　　　　　　　　　　　　　Email: cullen_macbeth@fd.org