# EXHIBIT 18

*U.S. v. Lemley, Mathews, and Bilbrough*
Case Nos. 20-cr-033 TDC; 21-cr-205 TDC
**Brian Mark Lemley Reply to U.S. Sentencing Memorandum Exhibits**

| | DEFENDANTS' PROPORTIONALITY CHART OF RELEVANT CASES | | | |
|---|---|---|---|---|
| | *CASES INVOLVING RELATIVELY PROPORTIONATE CONDUCT* | | | |
| **Case Number** | **Defendant** | **Charge(s)** | **Key Facts** | **Disposition** |
| 20-cr-48 (M.D. Georgia) | Cody Griggers | Possession of Unregistered Firearm in violation of 26 U.S.C. § 5841 | • Georgia Sheriff's Deputy who was a member of a white supremacist group called "Shadow Moses"<br><br>• "Shadow Moses" group discussed militia-type prepping, including weapons, combat gear, and survivalist techniques.[1]<br><br>• Boasted about beating a Black man during an arrest, calling it "sweet stress relief," and advocated killing politicians and others he viewed as political enemies. Used racial slurs, slurs against homosexuals, and positive references to Holocaust.<br><br>• Spoke in group chats about planning for a civil war and hoped to recruit members of military and law enforcement. Spoke of killing liberal politicians: "would be better with a machete."<br><br>• Said in group text that he was manufacturing and acquiring illegal firearms, explosives, and suppressors.<br><br>• Search of Mr. Griggers' home resulted in seizure of 11 firearms included machinegun with obliterated serial number and unregistered short-barreled shotgun.[2]<br><br>• Offered to provide law enforcement ammunition and explosives to other "Shadow Moses" member.<br><br>• Discussed obtaining prescription medications and distributing them to fellow "Shadow Moses" members. | Pled guilty to Possession of Unregistered Firearm in violation of 26 U.S.C. § 5841<br><br>**Sentence:**<br>44 months incarceration, 1-year supervised release[3] |

---

[1] Criminal Complaint, p. 5.
[2] Katie Shepherd, *Sheriff's deputy boasted to extremists about beating Black man, called it 'sweet stress relief,' feds say*, Washington Post, April 30, 2021, https://www.washingtonpost.com/nation/2021/04/30/cody-griggers-georgia-extremist-racism/.
[3] Judgment, ECF No. 53

| 20-cr-2451 (S.D. California) | Grey Zamudio | Possession of Firearms in Violation of 26 U.S.C. § 5861 | • Member of white supremacist group called "Shadow Moses"<br>• Wrote text messages including: "I'm really hoping to get to kill someone finally. Get a murder boner" and "got to pull my Glock on a n****(racial epithet) last Thursday, and "assassinate the bad politicians."<br>• Wrote several Facebook posts, including: "The only good liberal is a dead liberal."[4] "I'm ready to die, I welcome Valhalla," and "[I]t's up to vigilantie militia to crush the liberal terrorists [sic]."<br>• Posted videos of himself in desert practicing reloading weapons and shooting while running.  Could be seen wearing bulletproof vest and Kevlar helmet.<br>• Possessed two rifles, two silencers, two pistols, a large number of magazines, and several hundred to several thousand rounds of ammunition.[5] | Pled guilty to Possession of Unregistered Rifle and Two Unregistered Silencers<br><br>**Sentence:**<br>24 months imprisonment, 3 years supervised release[6] |
| 21-cr-173 (D. New Jersey) | Richard Tobin | Conspiracy Against Rights in violation of 18 U.S.C. § 241 | • Member of the Base<br>• Attended at least one Base "training camp" and was included in propaganda photograph holding weapon.<br>• Directed others to vandalize properties owned by minorities and Jews, referring to plan as "Operation Kristallnacht"[7]<br>• Told agents he considered "suicide by cop," that if "failure was imminent" he would "go out in a blaze of glory," and believed carrying out suicide bombing would be "pretty badass".[8]<br>• Had manuals about creating plastic explosives and truck bombs and said carrying out bombing like Oklahoma City would be "pretty straightforward."<br>• Described contemplating "letting loose" with machete on groups of African-Americans | Pled guilty to Conspiracy Against Rights in violation of 18 U.S.C. § 241<br><br>**Sentence**:<br>Not yet sentenced.  Plea agreement contemplates total adjusted offense level of 13.  Range would be 12-18 months assuming CH I.[9] |

[4] U.S.D.O.J. Press Release, August 16, 2021, https://www.justice.gov/usao-sdca/pr/san-diego-resident-sentenced-firearms-charges
[5] Criminal Complaint, p. 3.
[6] Judgment, ECF No. 49

| 20-cr-26 (E.D. Wisconsin) | Yousef Barasneh | Conspiracy Against Rights in violation of 18 U.S.C. § 241 | <ul><li>Member of the Base</li><li>Vandalized synagogue in Wisconsin with anti-Semitic graffiti.</li><li>Attended at least two Base "training camps," including one attended by Lemley and Mathews in Georgia.</li><li>Communicated online about committing violence against Jewish-American and non-white Americans and about ways to make improvised explosive devices.[10]</li></ul> | Pled guilty to Conspiracy Against Rights in violation of 18 U.S.C. § 241 <br><br>**Sentence**: Not yet sentenced.  Plea agreement contemplates total adjusted offense level of 13.  Range would be 12-18 months assuming CH I.[11] |
| --- | --- | --- | --- | --- |
| 19-cr-232 (D. Nevada) | Conor Climo | Possession of an Unregistered Firearm[12] | <ul><li>Active member of the Feuerkrieg Division—an offshoot of violent neo-Nazi group Atomwaffen Division.</li><li>Used encrypted web-based chat platform, Wire, to evade law enforcement.</li><li>Expressed hatred of Jews, African-Americans, and homosexuals.</li><li>Planned to firebomb a synagogue or attack a Las Vegas bar with a LGBTQ clientele.</li><li>Solicited surveillance of a synagogue near his home.</li><li>Had sketched attack plans for attacking patrons of a bar and a McDonald's.[13]</li><li>Possessed components for bomb-making and two rifles.[14]</li></ul> | Pled guilty to Illegal Possession of an Unregistered Firearm in violation of 18 U.S.C. § 5845(f).[15] <br><br>**Sentence**: 24 months imprisonment, 6 months home confinement, 3 years supervised release. |

---

[7] Complaint, ECF No. 1
[8] Criminal Complaint, p. 7
[9] Plea Agreement, ECF No. 49
[10] Plea Agreement, ECF No. 31
[11] *Id.*
[12] Indictment, ECF No. 13.
[13] Detention Order, ECF No. 7.
[14] Ken Ritter and Michael Kunzelman, *White Supremacist Sentenced to 2 years in Bomb Plot Case*, AP News (Nov. 13, 2020), https://apnews.com/article/race-and-ethnicity-las-vegas-arrests-772ce6627abfa1d80edaa7a0f7291214
[15] Plea Agreement, ECF No. 25.

| 17-cr-283 (M.D. Florida) | Brandon Russell | Unlawful Receipt of Firearm in Violation of 26 U.S.C. § 5861(d)<br><br>Possession of Explosive Material in violation of 18 U.S.C. § 842 | • Member of Atomwaffen Division and Florida National Guard.<br>• Leased apartment where fellow Atomwaffen member killed two people.[16]<br>• Participated in online neo-Nazi chat rooms where he threatened to kill people and bomb infrastructure.<br>• Search of home and garage resulted in recovery of explosive precursors, including substances that had been used by terrorist groups and Timothy McVeigh, as well as two radioactive substances.[17]  Also possessed electric matches and empty ammunition casings with fuses that could be used to detonate destructive devices.<br>• Had framed picture of McVeigh in his bedroom, Neo-Nazi propaganda, and firearms.<br>• Was subsequently arrested in car containing assault rifles, body armor, and more than 1000 rounds of ammunition. | Pled guilty to both counts<br><br>**Sentence**:<br>60 months imprisonment, 3 years supervised release |
| 19-cr-40091 (D. Kansas) | Jarrett Smith | Distribution of Information Related to Explosives in violation of 18 U.S.C. §842(p)(2)(A)<br><br>Threatening Interstate Communication in violation of 18 U.S.C. § 875(c) | • U.S. Army infantry soldier associated with neo-Nazi Feuerkrieg Division which advocates for race war.<br>• Provided information about making explosives to FBI undercover and admitted he intended it to be used.<br>• Planned to overthrow government, with attacking news organization as first step.  Told FBI agent that his goal was to create "chaos."<br>• Spoke with informant about conducting attack within United States, about killing members of Antifa and destroying nearby cell towers or local news station.[18]<br>• Spoke to others about desire to travel to Ukraine to fight with "violent, far-right paramilitary group." | Pled guilty to Distribution of Information Related to Explosives in violation of 18 U.S.C. §842(p)(2)(A)<br><br>**Sentence:**<br>30 months imprisonment and 3 years supervised release |

---

[16] Criminal Complaint, p. 2.
[17] Niraj Chokshi, *Neo-Nazi Leader in Florida Sentenced to 5 Years Over Homemade Explosive*, New York Times, January 10, 2018, https://www.nytimes.com/2018/01/10/us/brandon-russell-sentenced-neo-nazi.html.
[18] Criminal Complaint, p. 3.

| 19-cr-130 (N.D. Texas) | Aiden Bruce-Umbaugh | Possession of Firearms and Ammunition by Unlawful User of Controlled Substance in violation of 18 U.S.C. §922(g)(3) | • Member of Atomwaffen Division<br>• Participated in "hate camps" involving practicing hand-to-hand combat and shooting firearms.<br>• Officers performing routine car stop noticed Bruce-Umbaugh was wearing combat/tactical attire and located several weapons, including 9mm pistol, Ar-15 rifle, AK-47, semi-automatic rifle, and more than 1,500 rounds of ammunition in vehicle.<br>• Traveled to Germany with other Atomwaffen member and took photos at Auschwitz.[19] | Pled guilty to Possession of Firearms and Ammunition by Unlawful User of Controlled Substance in violation of 18 U.S.C. §922(g)(3)<br><br>**Sentence:**<br>30 months imprisonment and 3 years supervised release. |
| --- | --- | --- | --- | --- |
| 19-cr-337 (E.D. Virginia) | Andrew Thomasberg | False Statements in Firearms Purchase in violation of 18 U.S.C. § 922(a)(6)<br><br>Possession of Firearms by an Illegal Drug User in violation of 18 U.S.C. § 922(g)(3) | • Virginia leader of Atomwaffen Division who also sought membership in another white supremacist group called Patriot Front.<br>• Urged violence in hopes of starting race war and praised Dylann Roof, telling agents: "What he did, that took balls."<br>• Referred to mass murderers as "saints" and claimed he had begun shouting racial slurs and Black people in hopes of confrontation.<br>• Possessed more than 12 firearms and more than 50 magazines[20] | Pled guilty to both counts<br><br>**Sentence:**<br>One year and one day imprisonment |
| 20-cr-154 (E.D. Virginia) | John Denton | Conspiracy to Transmit Interstate Threats to Injure in violation of 18 U.S.c. § 371 | • Leader of Atomwaffen Division<br>• Part of "the most widespread swatting conspiracy in the country", involving making fake bomb and hostage threats at homes and businesses of hundreds of victims to provoke overwhelming law enforcement response<br>• Met with other members for "hate camps"[21]<br>• Among other victims, targeted reporter by calling fake hostage situation at his news' organization's office, forcing staff to evacuate; and targeting his home, where he and his wife were handcuffed and separated from their 9-year-old son in middle of the night | Pled guilty to Conspiracy to Transmit Interstate Threats to Injure in violation of 18 U.S.c. § 371<br><br>**Sentence:**<br>41 months imprisonment and 3 years supervised release |

| 20-cr-32 (W.D. Wash.) | Cameron Shea | Conspiracy to Mail Threatening Communications and Cyberstalking in violation of 18 U.S.C. § 371 | • High-level member and primary recruiter for Atomwaffen Division<br>• Coordinated "hate camp" where members trained in hand-to-hand combat, firearms, and created neo-Nazi propaganda photos and videos<br>• Conspired in encrypted online chat group to identify journalists and advocates to threaten in retaliation for their work exposing anti-Semitism.<br>• Created posters featuring Nazi symbols, masked figures with guns and Molotov cocktails and threatening messages which were delivered to homes of victims in several cities and mailed to other victims. | Pled guilty to Conspiracy to Mail Threatening Communications and Cyberstalking in violation of 18 U.S.C. § 371 and Interfering with Federally Protected Activities in Violation of 18 U.S.C. § 245<br><br>**Sentence:**<br>36 months imprisonment and 3 years supervised release[22] |
| --- | --- | --- | --- | --- |
| 18-cr-338 (D. D.C.) | Jeffrey Clark | Possession of Firearm by User or Addict in violation of 18 U.S.C. § 922(g)(3) | • Tied to Atomwaffen Division<br>• Openly "fantasized about killing 'Jews and blacks."<br>• Praised Pittsburgh synagogue shooter and was connected to him on social media[23]<br>• Openly expressed admiration for Dylann Roof, Timothy McVeigh, and Ted Kaczynski and described himself as "meth-smoking, pipebomb making, mailman-murdering … #DemoKKKrat."<br>• Attended "Unite the Right" rally in Charlottesville<br>• Search of residence revealed body armor and helmets, hollow-point ammunition, and expressions of violent ideology. | Pled guilty to possession of firearm by user or addict<br><br>**Sentence:**<br>Ten months imprisonment[24] |

---

[19] Asher Stockler, *Alleged Neo-Nazi Charged with Illegal Possession of Semi-Automatic Rifles, Thousands of Rounds of Ammunition*, Newsweek, Nov. 15, 2019, https://www.newsweek.com/aiden-bruce-umbaugh-neo-nazi-firearms-1472083.

[20] Government Sentencing Memorandum

[21] Rachel Weiner, *Former leader of neo-Nazi Atomwaffen group sentenced for swatting*, Washington Post, May 4, 2021, https://www.washingtonpost.com/local/legal-issues/atomwaffen-leader-prison-sentence/2021/05/04/95544e16-a14b-11eb-a7ee-949c574a09ac_story.html.

[22] Judgment, ECF No. 204

[23] U.S. Detention Motion, ECF No. 5

[24] Judgment, ECF No. 24

| 19-cr-232 (E.D. Virginia) | Brian Baynes | 18 U.S.C. §922(g)(3) Possession of Firearm by User or Addict | • Defendant had paraphernalia associated with Atomwaffen Division, a "neo-Nazi group linked to several killings." | Pled guilty to possession of firearm by user or addict<br><br>**Sentence**:<br>Two years' probation; 30 days intermittent confinement |
|---|---|---|---|---|
| 18-cr-25 (W.D. Virginia) | Benjamin Daley | 18 U.S.C. § 371: Conspiracy to Commit an Offense Against the United States<br><br><br>18 U.S.C. § 2101: Travel with Intent to Riot[25] | • Member of the "Rise Above Movement" (RAM), a militant white-supremacist organization.<br>• Attended hand-to-hand and other combat training held by RAM to prepare for violence.<br>• Attended several rallies in California with the intent to cause violence and traveled from California to Charlottesville, VA to engage in acts of violence at the Unite the Right rally. [26]<br>• Committed multiple acts of violence against counter protestors which resulted in serious injuries. | Pled guilty to one count of conspiracy to riot.<br><br>**Sentence**:<br>37 months imprisonment, 2 years supervised release. [27] |
| 18-cr-25 (W.D. Virginia) | Michael Miselis | 18 U.S.C. § 371: Conspiracy to Commit an Offense Against the United States<br><br>18 U.S.C. § 2101: Travel with Intent to Riot | • Member of the "Rise Above Movement" (RAM), a militant white-supremacist organization.<br>• Attended hand-to-hand and other combat training held by RAM to prepare for violence.<br>• Attended several rallies in California with the intent to cause violence.<br>• Traveled from California to Charlottesville, VA to engage in acts of violence at the Unite the Right rally.<br>• Committed multiple acts of violence against counter protestors which resulted in serious injuries. | Pled guilty to one count of conspiracy to riot.<br><br>**Sentence**:<br>27 months imprisonment, 2 years supervised release.[28] |

---

[25] Indictment ECF No. 8.
[26] Government's Sentencing Memorandum ECF #142 *See* photographs of Daley's violent involvement during rallies.
[27] Sentencing ECF No. 149.
[28] Judgment ECF No. 161.

| 18-cr-25 (W.D. Virginia) | Thomas Gillen | 18 U.S.C. § 371: Conspiracy to Commit an Offense Against the United States<br><br>18 U.S.C. § 2101: Travel with Intent to Riot | • Member of the "Rise Above Movement" (RAM), a militant white-supremacist organization.<br>• Attended hand-to-hand and other combat training held by RAM to prepare for violence.<br>• Attended several rallies in California with the intent to provoke violence.<br>• Traveled from California to Charlottesville, VA to engage in acts of violence at the Unite the Right rally.<br>• Committed multiple acts of violence against counter protestors which resulted in serious injuries. | Pled guilty to one count of conspiracy to riot.<br><br>**Sentence**:<br>33 months imprisonment, 2 years supervised release.[29] |
|---|---|---|---|---|
| 20-cr-158 (D. Colorado) | Bradley Bunn | Making firearms in violation of NFA in violation of 26 U.S.C. § 5861(f)<br><br>Four counts of possessing an unregistered firearm destructive device in violation of 26 U.S.C. § 5841 | • Former U.S. Army soldier diagnosed with PTSD after Iraq war.[30]<br>• Possessed four pipe bombs and materials for construction of more bombs.<br>• Was opposed to restrictions on gun rights and said he would be willing to "take out a few law enforcement officers in order to wake people up to what's going on."<br>• Told police he would "fight to the death" anyone who tried to disarm him and had started to "gear up."<br>• Relative reported that Bunn sent a text day before his arrest saying he did not think he had long to live. | Pled guilty to all counts<br><br>**Sentence:**<br>Sentencing set for 10/13/21 Plea agreement provides total offense level is 19 and government agrees to recommend sentence within range.  Range would be 30-37 months assuming CHC I.[31] |

---

[29] Judgment, ECF No. 159.
[30] Austin Fleskes, *Loveland man pleads guilty in pipe-bomb case; sentencing set for June*, Loveland Reporter-Herald, March 4, 2021, available at https://www.reporterherald.com/2021/03/04/loveland-man-pleads-guilty-in-pipe-bomb-case-sentencing-set-for-june/
[31] Plea agreement, ECF No. 78, pp. 9-10

| 19-cr-494 (N.D. Ohio) | Justin Olsen | Threatening to Assault a Federal Law Enforcement Officer in violation of 18 U.S.C. § 115(a)(1)(B) Interstate Communication Threat in violation of 18 U.S.C. § 875(c) | <ul><li>Wrote online posts to more than 5,000 followers about supporting mass shootings, attacks on Planned Parenthood, and bombing gay bars.</li><li>Wrote in online post: "Shoot ever federal agent on sight."[32]</li><li>Search of home revealed 15 rifles, 10 semi-automatic pistols, 10,000 rounds of ammunition, and a machete[33]</li></ul> | Pled guilty to Threatening to Assault a Federal Law Enforcement Officer in violation of 18 U.S.C. § 115(a)(1)(B) **Sentence:** 3 years probation[34] |
|---|---|---|---|---|
| 20-cr-0406-ELH (D. Md.) | James Dale Reed | Threats to a Major Candidate for Office of President or Vice President in violation of 18 U.S.C. § 879 | <ul><li>Disseminated at least one letter that stated "if you are a Biden/Harris supporter you will be targeted."</li><li>Letter continued to make threats of violence against supporters of Biden and Harris as well as death threats against Biden and Harris, Black Lives Matter, and Antifa.[35]</li><li>Mr. Reed stated in writing that he intended to capture President Biden "and beat him to the point of death."</li><li>Mr. Reed also stated in writing, "as for Mrs. Harris she will be bent over and anally raped by my rifle barrel."</li><li>Mr. Reed also stated in writing, "for the grand end [sic] both will be executed on National Television."</li><li>Law enforcement located military gear, 2 grenades, four firearms and a large amount of ammunition inside Mr. Reed's residence.</li></ul> | Pled guilty to Threats to a Major Candidate for Office of President or Vice President in violation of 18 U.S.C. § 879 **Sentence:** 7 months incarceration and 4 months home detention, which equated to time served based on his pretrial detention.[36] |

---

[32] Complaint, ECF No. 1
[33] Criminal Complaint, p. 7 .
[34] Judgment, ECF No. 44
[35] Complaint Affidavit, ECF No. 2
[36] Judgment, ECF No. 37

| 21-cr-159 (D. D.C.) | Cleveland Meredith, Jr. | Communication of Threats; 18 U.S.C. § 875(c)<br><br>Possession of Unregistered Firearm; 7 D.C. Code §2502.01(a)<br><br>Possession of Unregistered Ammunition; 7 D.C. Code § 2506.01(a)(3)<br><br>Possession of Large Capacity Ammunition Feeding Devices; 7 D.C. Code § 2506.01(b)[37] | • Sent text messages to a relative threatening to shoot House Speaker Pelosi in the head on live television.<br><br>• Traveled from Colorado to Washington DC with an assault-style rifle with telescopic sight, Glock firearm, high-capacity magazines, and 2,500 rounds of ammunition.<br><br>• Transmitted numerous communications threatening violence in Washington, D.C. in the days leading up to the January 6th incident at the Capitol.<br><br>• Committed an unprovoked assault on a pedestrian shortly after arrival in DC.[38] | Pled guilty to Interstate Communication of Threats in violation of 18 U.S.C. § 875(c).<br><br>**Sentence:**<br>Not sentenced to date. Maximum sentence of 5 years imprisonment. Estimated Offense Level is 15 or 10.[39] |
| 20-cr-2579-TMB (D. Md.) | Frank Robertson Perry | Possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g)(1) | • Member of the "Boogaloo Movement."<br><br>• Instructed his girlfriend to purchase the lower receiver for an AR-15 knowing that he was a prohibited person.[40]<br><br>• Ordered upper receiver and remaining parts to AR-15 on Amazon and assembled it and was observed wearing body armor with the AR-15 strapped around his shoulder.<br><br>• Had a prior offense for second-degree burglary in 2012. | Pled guilty to Possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g)(1).<br><br>**Sentence:**<br>Time served and 6 months home confinement.[41] |

---

[37] Indictment, ECF No. 17.
[38] Memorandum in Support of Pretrial Detention, ECF No. 4.
[39] Plea Agreement, ECF No. 46.
[40] CBS Baltimore, Far-Right Boogaloo Movement Follower Frank Perry Pleads Guilty To Illegal Firearm Possession In Maryland, available at https://baltimore.cbslocal.com/2021/03/10/far-right-boogaloo-movement-follower-frank-perry-pleads-guilty-to-illegal-firearm-possession-in-maryland/
[41] Judgment, ECF No. 61

| 19-cr-172 (E.D. North Carolina) | Jabari Devon Davis | 18 U.S.C. § 844(f): Maliciously Attempted Damage by Means of Fire to a Vehicle Owned by the City of Raleigh which Receives Federal Financial Assistance[42] | • Government labeled Davis a domestic terrorist.[43]<br>• Attempted to set fire to a marked police vehicle during a rally for the death of George Floyd. | **Sentence**: 30 months imprisonment and 2 years supervised release. |
|---|---|---|---|---|
| 19-cr-576 (N.D. Ohio) | James Reardon | Transmitting a Threatening Communication in violation of 18 U.S.C. § 875(c)<br><br>Possession of a Firearm in Furtherance of a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A) | • Posted video of himself holding an assault rifle and saying "fuck a life". Held rifle in firing positions with audio of gunshots and sounds of people screaming and included caption threatening to commit mass shooting at Jewish community center.[44]<br>• Espoused creation of white "ethno-state."<br>• Possessed sub-machine gun, AR-15 assault rifle, and Nazi posters. | Pled guilty to both counts<br><br>**Sentence**: 41 months imprisonment and 5 years supervised release[45] |

---

[42] Judgment, ECF No. 300.
[43] *See* [Domestic Terrorist Sentenced for Attempting to Set Fire to Raleigh Police Department Vehicle | USAO-EDNC | Department of Justice](#)
[44] Complaint, ECF No. 1
[45] Judgment, ECF No. 65

| 21-cr-60067 (S.D. Florida) | Paul Nicholas Miller | Possession of a Firearm by a Felon in violation of 18 U.S.C. § 922(g)<br><br>Possession of Ammunition by a Convicted Felon in violation of 18 U.S.C. § 922(g)<br><br>Possession of an Unregistered Firearm in violation of 26 U.S.C. § 5861(d) | <ul><li>Livestreamed to thousands of social media followers wearing Nazi regalia and bulletproof vest while brandishing firearms and knives.  Made graphic threats of violence.[46]</li><li>Advocated civil war and collapse of existing order and spoke of becoming a martyr if arrested.</li><li>Had to be removed from home by SWAT team using stun grenades.</li><li>Possessed unregistered short-barrel rifle, handgun, combat knife, tactical vest with body armor inserts, more than 800 rounds of ammunition despite having multiple prior felony convictions.</li></ul> | Pled guilty to all three counts.<br><br>**Sentencing**<br>41 months imprisonment, 3 years supervised release[47] |

---

[46] Government Sentencing Memorandum, ECF No. 46
[47] Judgment, ECF No. 62

| | | | **JANUARY 6, 2021 U.S. CAPITOL BREACH CASES** | |
|---|---|---|---|---|
| **Case Number** | **Defendant** | **Charge(s)** | **Key Facts** | **Disposition** |
| 21-cr-41 (D. D.C.) | Michael Thomas Curzio | Disorderly and Disruptive Conduct in a Restricted Building; Violent Entry and Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | • Participated in Capitol riot.<br>• Prior attempted murder conviction. [48]<br>• Previously joined a white supremacist organization while incarcerated.<br>• Refused to leave Capitol when instructed by law enforcement.[49] | Pled guilty to single count of Parading, Demonstrating, or Picketing in a Capitol Building in violation of Title 40, United States Code, Section 5104(e)(2)(G).[50]<br><br>**Sentence:**<br>6 months imprisonment, equating to time served based on his pre-trial detention, and $500 restitution. |
| 21-cr-188 (D. D.C.) | Paul Allard Hodgkins | Obstructing or Impeding Any Official Proceeding and Aiding and Abetting; Entering and Remaining in a Restricted Building; Disorderly and Disruptive Conduct in a Restricted Building | • Participated in the Capitol Riot.<br>• Protested in the well of the Senate Chamber raising a red "Trump" flag.<br>• Carried eye goggles and latex gloves in his backpack, donning them as he walked among the desks in the Senate Chamber.[51] | Pled guilty to Obstruction of an Official Proceeding in violation of 18 U.S.C. $ 1512(c)(2).<br><br>**Sentence**:<br>8 months imprisonment, $2,000 restitution, 2 years supervised release.[52] |

---

[48] Marshall Cohen, *Capitol Rioter with Ties to White Supremacist Gang Pleads Guilty and is Sentenced to 6 Months in Jail with Credit for Time Serve*, CNN (Jul. 12, 2021, 3:55pm), https://www.cnn.com/2021/07/12/politics/rioter-six-month-sentence-michael-curzio/index.html.

| 21-cr-3 (D. D.C.) | Jacob Anthony Chansley | 18 U.S.C. § 231(a)(3): Civil Disorder; 18 U.S.C. § 1512{c)(2): Obstruction of Proceeding; 18 U.S.C. § l 752(a)(l): Entering a Restricted Building; 18 U.S.C. § 1752(a)(2): Disorderly and Disruptive Conduct; 40 U.S.C. § 5104(e)(2)(A): Violent Entry and Disorderly Conduct in a Capitol Building; 40 U.S.C. § 5104(e)(2)(G): Parading, Demonstrating, or Picketing in a Capitol Building | <ul><li>Member of active conspiracy group, "QAnon" known as "QAnon Shaman"</li><li>Carried a 6-foot spear into the Capitol and onto dais in chamber.[53]</li><li>Challenged the direct orders of Capitol Police Officer to leave the building when met on the 2nd floor of Senate staircase. Instead ascended to the 3rd floor.</li><li>Used his bullhorn in the Senate dais to thank rioters for the opportunity "to allow us to send a message to all the tyrants, the communists, and the globalists, that this is our nation, not theirs, that we will not allow America, the American way of the United States of America to go down."[54]</li></ul> | Pled guilty to Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512{c)(2).<br><br>**Sentence**:<br>Not yet sentenced following guilty plea.  Estimated Offense Level is 22.[55] |

---

[49] Statement of Offense, ECF No. 71.
[50] Judgment, ECF No. 73.
[51] Statement of Offense, ECF No. 23.
[52] Judgment, ECF No. 37.
[53] Statement of Offense, ECF No. 70
[54] *Id.*
[55] Plea Agreement, ECF No. 69.

| 21-cr-28 (D. D.C.) | Jason Dolan | 18 U.S.C. § 371: (Conspiracy)<br><br>18 U.S.C. § 1512(c)(2): Obstruction of an Official Proceeding and Aiding and Abetting) :<br><br>18 U.S.C. § 1361, 2: Destruction of Government Property and Aiding and Abetting<br><br>18 U.S.C. § 1752(a)(1): Entering and Remaining in Restricted Building or Grounds[56] | • Member of the "Oath Keepers" Militia.<br>• Conspired with Oath Keeper affiliates to plan and participate in stopping the Certification of the Electoral College vote.<br>• Drove from Florida to Washington, D.C. with a M4 rifle.<br>• Changed into paramilitary gear before participating in January 6 operation.<br>• Used secure and encrypted communications applications to develop plans and communicate during January 6.<br>• Repeatedly chanted, "Treason!" while inside the Capitol.[57] | Pled guilty to Conspiracy, in violation of 18 U.S.C. § 371, and Obstruction of an Official Proceeding (Congress), in violation of 18 U.S.C. § 1512(c)(2).<br><br>**Sentence**:<br>Not yet sentenced following guilty plea. Estimated Offense Level is 26. Criminal History I.[58] |
|---|---|---|---|---|

---

[56] Indictment, ECF No. 196.
[57] Statement of Offense *See* https://www.justice.gov/usao-dc/case-multi-defendant/file/1433076/download .
[58] Plea Agreement *See* https://www.justice.gov/usao-dc/case-multi-defendant/file/1433071/download .

15

| 21-cr-120 (D. D.C.) | Scott Kevin Fairlamb | 18 U.S.C. 231(a)(3): Certain Acts During Civil Disorder<br><br>18 U.S.C. 111(a)(1): Assaulting a Federal Officer<br><br>18 U.S.C. 1752(a)(1)-(4): Knowingly Entering o in any Restricted Building or Grounds Carrying a Dangerous Weapon<br><br>18 U.S.C. 1752(b)(1)(A): Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority Carrying a Dangerous Weapon<br><br>40 U.S.C. 5104(e)(2): Violent Entry and Disorderly Conduct on Capitol Grounds | • Traveled to Washington, D.C. to attend the "Stop the Steal" rally on January 6, 2021<br><br>• Fairlamb shoved and punched officer on the West Front of the Capitol.<br><br>• Fairlamb entered the Capitol with an unlawful weapon (police baton).<br><br>• Fairlamb recorded himself holding the police baton saying, "What Patriots do? We fuckin' disarm them and then we storm the fuckin' Capitol."[59] | Pled guilty to Obstruction of an Official Proceeding in violation of 18 USC 1512(c)(2) and Assaulting a Federal Officer in violation of 18 U.S.C. 111(a)(1).[60]<br><br>**Sentence**: Not yet sentenced following guilty plea. Estimated Offense Level is 22. Criminal History I.[61] |

---

[59] *Id.*

| 21-cr-461 (D. D.C.) | Devlyn Thompson | 18 U.S.C. §§ 111(a)(1) and (b): Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of | • Thompson was captured on video assaulting a law enforcement officer with a baton at the entrance of the Capitol.<br><br>• Yelled at officers "You wanna fight, let's fight! One on one." | Pled guilty to Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b). [62]<br><br>**Sentence**:<br>Not yet sentenced following guilty plea. Estimated Offense Level is 23. Criminal History I. [63] |

---

[60] Plea Agreement ECF No. 38
[61] *Id.*
[62] Plea Agreement ECF No. 9.
[63] *Id.*

| | CASES INVOLVING SIGNIFICANTLY MORE SERIOUS CONDUCT | | | |
|---|---|---|---|---|
| Case Number | Defendant | Charge(s) | Key Facts | Disposition |
| 20-cr-183 (W.D. Michigan) | Ty Garbin | Kidnapping Conspiracy in violation of 18 U.S.C. § 1201(a) | • One of men charged with conspiring to kidnap Gretchen Whitmer, governor of Michigan.<br>• Leader of militia group Wolverine Watchmen<br>• Attended several "field training exercises" of Wolverine Watchmen members where group practiced combat tactics, including assaulting motor vehicles using semiautomatic rifles and live ammunition, practiced assaulting a building in teams, and discussed tactics for fighting Governor's security detail with IEDs, a projectile launcher, and other weapons. Attempted to detonate two improvised explosive devices. [64]<br>• In encrypted messages, suggested taking down highway bridge near Governor's vacation home would hinder law enforcement response.<br>• Conducted nighttime surveillance of Governor's vacation home using two-way radios and night vision scope.<br>• Met with undercover agent to make payment towards explosives and other supplies<br>• Co-conspirators purchased explosives, detonated explosives containing shrapnel to assess effectiveness, purchased high voltage stunning device.[65] | Kidnapping Conspiracy in violation of 18 U.S.C. § 1201(a)<br><br>**Sentence:**<br>75 months imprisonment, 3 years supervised release including 5K motion[66] |

---

[64] ECF No. 86, at 3. (Indictment).
[65] Plea agreement, ECF No. 142
[66] Judgment, *U.S. v. Ty Garbin*, No. 20-183 (W.D. Mich.), ECF No. 300.

| 19-cr-488<br><br>(D. Colorado) | Richard Holzer | 18 U.S.C. § 247(a)(2) and (d)(3): Attempt to Obstruct Persons in the Enjoyment of Their Free Exercise of Religious Beliefs Through Force and Use of Explosives and Fire<br><br>18 U.S.C. § 844(i): Attempt to Maliciously Damage and Destroy, by Means of Fire and Explosives, a Building Used in Interstate Commerce | • Self-declared skinhead and former member of the KKK<br>• Promoted white supremacy ideology.<br>• Planned attack on the Temple Emanuel Synagogue using pipe bombs and dynamite.<br>• Accepted inert bombing devices from undercover agent.<br>• Collected supplies for use in the attack- including gloves, a mask, and white supremacy paraphernalia.[67] | Pled guilty to attempt to Obstruct Persons in the Enjoyment of Their Free Exercise of Religious Beliefs Through Force and Use of Explosives and Fire.<br><br>**Sentence**: 235 months, 15 years supervised release. [68] |
| 19-cr-35<br><br>(N.D. Ohio) | Demetrius Pitts | 18§2339B(a)(1): Attempting To Provide Material Support Or Resources To A Foreign Terrorist Organization<br><br>18§871(a): Threats Against The President<br><br>18§879(a)(2): Threats Against Immediate Family Members Of The President | • Government sought terrorism enhancement.[69]<br>• Expressed interest in joining al Qaeda and training to conduct a US attack.<br>• Planned to commit 4th of July terrorist attack with an undercover agent.<br>• Surveyed downtown Cleveland and plotted attack on a firework display.<br>• Planned to travel to Philadelphia to detonate a truck bombing on federal buildings.[70] | Pled guilty to all three counts.<br><br>**Sentence**: 168 months imprisonment and lifetime supervision.[71] |

| 19-cr-172 (S.D. Iowa) | Jessica Reznicek | 18:1366(a) Conspiracy to Damage an Energy Facility<br><br>18:844(h) Use of Fire in the Commission of a Felony (4 counts)<br><br>18:844(i) Malicious Use of Fire (4 counts) | • Government sought terrorism enhancement.[72]<br>• Conspired with individuals to damage the Dakota Access Pipeline (DAPL).<br>• Destroyed equipment and infrastructure associated with the DAPL.<br>• Set multiple fires near pipeline instrumentation and equipment. | Pled guilty to Conspiracy to Damage an Energy Facility in violation on 18 U.S.C. § 1366(a)<br><br>**Sentence**: 96 months imprisonment, 3 years supervised release, and $3,198,512.70 in restitution.[73] |

---

[67] Complaint, ECF No. 1.
[68] Judgment, ECF No. 79.
[69] Government's Sentencing Memorandum, ECF No. 42.
[70] Criminal Complaint, ECF No. 1.
[71] Judgment ECF, No. 44.
[72] Government's Sentencing Memo, ECF No. 130.
[73] Judgment, ECF No. 135.