# EXHIBIT 19

*U.S. v. Lemley, Mathews, and Bilbrough*
Case Nos. 20-cr-033 TDC; 21-cr-205 TDC
**Brian Mark Lemley Reply to U.S. Sentencing Memorandum Exhibits**

| | | | | |
|---|---|---|---|---|
| **SENTENCES IMPOSED IN DISTRICT OF MARYLAND IN CASES INVOLVING MURDERS** | | | | |
| **Case No.** | **Defendant** | **Charges** | **Key Facts** | **Disposition** |
| 16-cr-597-CCB | Brandon Bazemore | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d)<br><br>Violent Crime in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)<br><br>Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846 | • Participated in murder as part of violent drug-trafficking organization "Trained to Go" during which he and other gang members got out of van and fired dozens of rounds at the victim in murder-for-hire scheme for $10,000.[1]<br><br>• Sold heroin as part of gang | Pled guilty to Racketeering Conspiracy and Conspiracy to Distribute Controlled Substances<br><br>**Sentence:**<br>25 years imprisonment[2]<br><br>Other co-defendants convicted after trial of knowingly joining gang responsible for 8 murders received sentences of 25 to 35 years |
| 16-cr-597-CCB | Timothy Floyd | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d)<br><br>Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846 | • One of three "Trained to Go" members implicated in murder of 22-year-old victim at his grandmother's house.[3] | Convicted after trial of Racketeering Conspiracy and Conspiracy to Distribute Controlled Substances<br><br>**Sentence:**<br>30 years imprisonment[4] |
| 16-cr-259-JKB | Carlos Alas Brizuela | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Leader of MS-13 who participated in and/or ordered three murders, two attempted murders, and a kidnapping.[5] | Pled guilty to Racketeering Conspiracy<br><br>**Sentence:**<br>32 years imprisonment[6]<br><br>Other co-defendants who pled guilty and admitted to participating in brutal first-degree murder in which three victims were dismembered, received sentences of 25-30 years. |

---

[1] https://www.justice.gov/usao-md/pr/baltimore-ttg-member-sentenced-25-years-federal-prison-federal-racketeering-and-drug
[2] Amended Judgment, ECF No. 510
[3] Phil Davis, Member of West Baltimore "Trained to Go" Gang Sentenced to 30 Years, Baltimore Sun, July 22, 2019, available at https://www.baltimoresun.com/news/crime/bs-md-ci-cr-timothy-floyd-trained-to-go-20190722-hhct5rhbt5b7vdz22ueqpbwlli-story.html
[4] Judgment, ECF No. 691
[5] https://www.justice.gov/usao-md/pr/ms-13-member-sentenced-32-years-federal-prison-participating-violent-racketeering
[6] Judgment, ECF No. 813

| Case | Defendant | Charges | Conduct | Disposition |
|---|---|---|---|---|
| 17-cr-589-JKB | Manuel Martinez-Aguilar | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d)<br><br>Discharging Firearm During Crime of Violence in violation of 18 U.S.C. § 924(c) | • Member of MS-13 gang who conspired to and attempted to kill two victims, including one unsuccessful attempt to run over a victim with his car.<br>• Sold marijuana and cocaine for gang. | Pled guilty<br><br>**Sentence:**<br>24 years imprisonment[7] |
| 18-cr-070-JKB | Daniel Flores-Ventura | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Defendants lured victim out of state and stabbed him until he died. | Pled guilty<br><br>**Sentence:**<br>30 years imprisonment[8] |
| 16-cr-363-JKB | Wesley Brown | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Killed victim to prevent him from testifying in pending case. | Pled guilty<br><br>**Sentence:**<br>31 ½ years imprisonment[9] |
| 16-cr-363-JKB | David Hunter | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Admitting distributing mandatory-minimum quantity of drugs<br>• Admitted shooting and killing a victim. | Pled guilty<br><br>**Sentence:**<br>26 ¾ years imprisonment[10] |
| 17-cr-223-GLR | Terrell Plummer | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Involved in drug trafficking conspiracy<br>• Fired multiple gunshots at individuals in vehicle. Shot missed and struck and killed three-year-old girl. | Pled guilty<br><br>**Sentence:**<br>25 years imprisonment[11] |
| 16-cr-453-GLR | Keenan Lawson | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d)<br><br>Aiding and Abetting in violation of 18 U.S.C. § 2 | • Admitted to killing innocent bystander and shooting two other individuals in attempts to murder them. | Pled guilty<br><br>**Sentence:**<br>23 years imprisonment[12]<br><br>Other co-defendants sentenced to 25 years or less despite admitting to multiple shootings |

---

[7] Judgment, ECF No. 159
[8] Judgment, ECF No. 150
[9] Judgment, ECF No. 590
[10] Judgment, ECF No. 706
[11] Judgment, ECF No. 627
[12] Judgment, ECF No. 713

| Case No. | Name | Charge | Conduct | Disposition |
|---|---|---|---|---|
| 09-cr-471-RWT | Rafael Villegas-Martinez | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Killed victim in gang-related murder or aided and abetted the same | Pled guilty<br><br>**Sentence:**<br>23 years imprisonment[13] |
| 09-cr-471-RWT | Yasud Flores | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Participated in kidnapping and murder of 15-year old child thought to be member of rival gang. | Pled guilty<br><br>**Sentence:**<br>22 years imprisonment[14] |
| 13-cr-496-JWT | Luis Guzman-Ventura | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • Member of MS-13 who opened fire on group of people believed to be member of rival gang, killing one person. | Pled guilty<br><br>**Sentence:**<br>30 years imprisonment[15] |
| 17-cr-382-PX | Kevin Hernandez-Guevara | Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) | • MS-13 member who helped lure victim to secluded location where other members shot, assaulted and fatally stabbed him.<br><br>• Shot and stabbed two other victims, causing them to sustain life-threatening permanent injuries. | Pled guilty<br><br>**Sentence:**<br>24.3 years imprisonment[16] |
| 17-cr-154-PX | Reynaldo Granados-Vasquez | Conspiracy to Kidnap in violation of 18 U.S.C. § 1201(c) | • MS-13 gang members who participated in conspiracy to kidnap and premeditated murder | Pled guilty<br><br>**Sentence:**<br>20 years imprisonment[17] |

---

[13] Judgment, ECF No. 292
[14] Judgment, ECF No. 320
[15] Judgment, ECF No. 575
[16] Judgment, ECF No. 299
[17] Judgment, ECF No. 131