# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **v.** | * | |
| | * | Criminal Nos.  20-cr-00033-TDC |
| **BRIAN MARK LEMLEY, JR.,** | * | 21-cr-00205-TDC |
| | * | |
| **Defendant** | * | |

************

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Brian Mark Lemley, Jr., hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence imposed in this action on October 28, 2021, as well as all other adverse rulings and orders in this action.

Dated: November 10, 2021

                                              Respectfully submitted,

                                              _____/s/_____
                                              JAMES WYDA
                                              Federal Public Defender
                                                for the District of Maryland
                                              NED SMOCK
                                              CULLEN MACBETH
                                              Assistant Federal Public Defenders
                                              Office of the Federal Public Defender
                                              100 South Charles Street
                                              Tower II, 9th Floor
                                              Baltimore, Maryland 21201
                                              Telephone: (410) 962-3962
                                              Facsimile:  (410) 962-0872
                                              Email:  Jim_Wyda@fd.org
                                                               Ned_Smock@fd.org
                                                                 Cullen_Macbeth@fd.org